**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                General Court Number
Clerk                                                                                              415.522.2000


## December 28, 2011

**CASE NUMBER:  CV 11-06330 SI**
**CASE TITLE:  RICKEY YOUNG-v-DEPIY ORTHOPAEDICS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/28/11

                                                                                    FOR THE EXECUTIVE COMMITTEE:

                                                                                    _____/s/ Richard W. Wieking_____
                                                                                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                       Special Projects
Log Book Noted                                              Entered in Computer 12/28/11 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA