1  ALEXANDER G. CALFO (SBN 152891)
    *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
    *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
    *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:      (213) 362-7788

7  Attorneys for Defendant
   DEPUY ORTHOPAEDICS, INC.
8

9              UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  RICKEY YOUNG, | CASE NO. CV 11-06330-JSW |
| 13           Plaintiff, | [PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |
| 14      vs. | |
| 15  DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A Professional Corporation, and DOES 1 through 20, inclusive, | |
| 16 | |
| 17 | |
| 18           Defendants. | |

   Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff RICKEY YOUNG and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

   1.   The Parties' request for a stay of proceedings is GRANTED;

   2.   All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

   3.   All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

682743.1 / 25-137                                                                   CV 11-06330-JSW
[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | Dated: January 30, 2012 |
| 3 | Hon. Jeffrey S. White |
| 4 | Respectfully submitted by, |
| 5 | DATED: January 9, 2012    YUKEVICH CALFO & CAVANAUGH |

By: /s/ Alexander G. Calfo
    Alexander G. Calfo
    Kelley S. Olah
    Gabrielle Anderson-Thompson
    Attorneys for Defendant DEPUY
    ORTHOPAEDICS, INC.

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

682743.1 / 25-137

2

CV 11-06330-JSW

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS