ALEXANDER G. CALFO (SBN 152891)
 *ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
 *KOlah@yukelaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
 *ganderson-thompson@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RICKEY YOUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., THOMAS P. SCHMALZRIED, M.D., A Professional Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 11-06330-JSW<br><br>[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff RICKEY YOUNG and Defendant DEPUY ORTHOPAEDICS, INC. (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;
2. All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and
3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

1    IT IS SO ORDERED.

2    Dated: January 30, 2012     _____
                                           Hon. Jeffrey S. White

3

    Respectfully submitted by,

4    DATED: January 9, 2012     YUKEVICH CALFO & CAVANAUGH

5

6

7                             By:    */s/ Alexander G. Calfo*
                                           Alexander G. Calfo
8                                            Kelley S. Olah
9                                            Gabrielle Anderson-Thompson
                                           Attorneys for Defendant DEPUY
10                                         ORTHOPAEDICS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788